# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DANIELLE GODFREY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:21-cv-00992-JLT-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Lisa Danielle Godfrey ("Plaintiff") filed this action on June 22, 2021, seeking review of the Commissioner of Social Security's denial of her applications for disability benefits. (Doc. 1.)  On July 9, 2021, the Court entered a scheduling order in this action. (Doc. 5.)

On December 16, 2021, the Commissioner filed the administrative record.[1]  (Doc. 11.) On March 2, 2022, Plaintiff filed her motion for summary judgment or remand.  (Doc. 17.) Pursuant to the Court's Scheduling Order, Defendant was required to file a responsive brief within forty-five (45) days after service of Plaintiff's opening brief.  (Doc. 5.)  The parties were warned that failure to comply with the Court's Scheduling Order may result in sanctions pursuant to Local Rule 110.  (*Id.* at 3.)  Defendant has not filed a responsive brief, and the time in which to do so has passed.

---

[1]    Upon filing of the administrative record, the stay in this action was automatically lifted pursuant to General Order 615.  (*See* Doc. 12.)

1

Accordingly, Defendant is HEREBY ORDERED to SHOW CAUSE in writing why sanctions, which may include a recommendation that Plaintiff's motion for summary judgment or remand be granted, should not be imposed for the failure to comply with the Court's Scheduling Order. Defendant may comply with this order by filing a written response to this order to show cause (or by filing a responsive brief) within **fourteen (14) days from the date of this order**.

**Defendant is forewarned that failure to respond to this order to show cause also may result in the imposition of sanctions for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **June 6, 2022**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE