Case 1:21-cv-00992-JLT-BAM   Document 25   Filed 03/29/23   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GODFREY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>    Defendants. | No. 1:21-cv-00992-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 23, 24) |

On March 13, 2023, the assigned magistrate judge issued findings and recommendations recommending: (1) Plaintiff's motion for summary judgment and appeal from the administrative decision of the Commissioner of Social Security be denied, affirming the agency's determination to deny benefits: (2) The Clerk of this Court be directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Lisa Godfrey. (Doc. 23.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Plaintiff filed objections on March 27, 2023. (Doc. 24.) No response to Plaintiff's objections is necessary.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.  Plaintiff's primary objection appears to be that the Magistrate Judge provided post hoc arguments and analysis to support the administrative law judge's decision.  (*See* Doc. 24 at pp. 4-7.)  The Court disagrees and finds that the Magistrate Judge confined her analysis to the rationale set forth in the administrative law judge's decision.  Plaintiff's remaining objections reiterate arguments previously considered by the Magistrate Judge.  Thus,

1. The findings and recommendations issued on March 13, 2023 (Doc. 23) are **ADOPTED IN FULL**.
2. Plaintiff's motion for summary judgment and appeal from the administrative decision of the Commissioner of Social Security be denied, affirming the agency's determination to deny benefits is **DENIED**; and
3. The Clerk of the Court is directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Lisa Godfrey, and to close this case.

IT IS SO ORDERED.

Dated:   **March 28, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE